IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY JEROME EDWARDS, #22223**     **PLAINTIFF**

v.     **CIVIL ACTION NO. 1:08-cv-104-LG-RHW**

**JIM HOOD, KATHY K. JACKSON,**
**TANYA HASBROUCK AND JAYE A. BRADLEY**     **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2008.

                     s/ *Louis Guirola, Jr.*
                     LOUIS GUIROLA, JR.
                     UNITED STATES DISTRICT JUDGE